**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 05-54303 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: | PARISI, JOSE JUAN | | | Date Filed (f) or Converted (c): | 10/14/05 (f) |
| | | | | 341(a) Meeting Date: | 02/14/06 |
| For Period Ending: 04/21/08 | | | | Claims Bar Date: | 08/16/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PERSONAL INJURY | 10,000.00 | 62,500.00 | | 70,000.00 | FA |
| 2. BANK ACCONTS | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 700.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6. Automobile | 11,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 322.52 | Unknown |

TOTALS (Excluding Unknown Values) $22,550.00   $62,500.00   $70,322.52

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file TFR

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/08

_____ Date: _____

LFORM1

Ver: 12.63

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 05-54303   SQU   Judge: JOHN H. SQUIRES | Trustee Name: GINA B. KROL |
| Case Name: PARISI, JOSE JUAN | Date Filed (f) or Converted (c): 10/14/05 (f) |
| | 341(a) Meeting Date: 02/14/06 |
| | Claims Bar Date: 08/16/06 |

GINA B. KROL