UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| PARISI, JOSE JUAN ) | | Case No. 05-54303-SQU |
| ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: DuPage County Courthouse, 505 North County Farm Rd., Courtroom 2000, Wheaton, IL  60187

   On: **May 30, 2008**           Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $70,320.04 |
   | Disbursements | $59,828.65 |
   | Net Cash Available for Distribution | $10,491.39 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $6,391.00 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $2,651.75 | $75.61 |
| CHARLES V. FALKENBERG, III<br>*Attorney for Trustee* | $28,872.99 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

   None

7. Claims of general unsecured creditors totaling $62,548.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 14.1900% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000001 | Chase Bank Usa, N.A. | $3,301.21 | $82.34 |
| 000002 | Chase Bank Usa, N.A. | $28,593.00 | $713.17 |
| 000003 | Citibank (South Dakota) Na | $2,961.25 | $73.86 |
| 000004 | Mbna America Bank Na | $20,192.84 | $503.66 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---:|
| Bank Account | $500.00 |
| Household Goods | $700.00 |
| Books | $50.00 |
| Wearing Apparel | $300.00 |
| Automobile | $11,000.00 |

Dated: **April 22, 2008**                             For the Court,

                                          By:  **KENNETH S. GARDNER**
                                               CLERK OF BANKRUPTCY COURT
                                               KENNETH S. GARDNER

Trustee:      Gina B. Krol
Address:      105 West Madison Street
              Suite 1100
              Chicago, IL  60602-0000
Phone No.:    (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-54303    Doc 34    Filed 04/22/08    Entered 04/25/08 00:01:14    Desc Imaged
                           Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1               User: amcc7              Page 1 of 1         Date Rcvd: Apr 22, 2008
Case: 05-54303                     Form ID: pdf002          Total Served: 16

The following entities were served by first class mail on Apr 24, 2008.
 db           +Jose Juan Parisi,   100 E. George St.,   307,   Bensenville, IL 60106-3169
 aty          +Andrew B Nelson,   Law Offices Of Peter Francis Geraci,   55 East Monroe St. Suite #3400,
                Chicago, IL 60603-5920
 tr           +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
 10218012     +Advanced Call Center Tech.,   Bankruptcy Department,   3035 Boones Creek Rd.,
                Johnson City, TN 37615-4663
 10218013     +Advanced Call Center Tech.,   Bankruptcy Department,   3035 Boones Creek Rd.,
                Gray, TN 37615-4663
 10218006     +Bank One/Chase,   Bankruptcy Department,   5522 6th Ave.,   Kenosha, WI 53140-3710
 10218008     +Bank of America,   Bankruptcy Department,   PO Box 2240,   Brea, CA 92822-2240
 10218014     +Chase,   Bankruptcy Department,   PO Box 15651,   Wilmington, DE 19886-5651
 10755930     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
 10218018     +Chase/AMA,   Bankruptcy Department,   PO Box 15651,   Wilmington, DE 19886-5651
 10218007    +++Citibank (South Dakota) NA,   Citibank/Choice,   Exception Payment Processing,   P O Box 6305,
                The Lakes, NV 88901-6305
 10218011     +MBNA America,   Bankruptcy Department,   3451 Harry S. Truman Blvd,   St. Charles, MO 63301-4047
 10218010    +++MBNA America Bank NA,   Mailstop DE5-014-02-03,   P O Box 15168,   Wilmington, DE 19850-5168
 10218009     +Penncro Associates, Inc.,   Bankruptcy Department,   PO Box 1209,   Oaks, PA 19456-1209
The following entities were served by electronic transmission on Apr 23, 2008.
 10218016     +Fax: 602-221-4614 Apr 23 2008 03:45:34      Chase Auto Finance,   Attn: Bankruptcy Dept.,
                PO Box 15486,   Wilmington, DE 19886-5486
 10218017     +Fax: 602-221-4614 Apr 23 2008 03:45:34      Chase Automotive Finance,   Bankruptcy Department,
                PO Box 78067,   Phoenix, AZ 85062-8067
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
 10218015*    +Bank One/Chase,   Bankruptcy Department,   5522 6th Ave.,   Kenosha, WI 53140-3710
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2008**          **Signature:** _Joseph Speetjens_